IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

Record No. 25-CV-01737

Christine Etheredge ( name under seal),

v.

CURRITUCK COUNTY DEPARTMENT OF SOCIAL SERVICES,

CHESAPEAKE DEPARTMENT OF HUMAN SERVICES,

VIRGINIA BEACH DEPARTMENT OF HUMAN SERVICES,

VIRGINIA DEPARTMENT OF HEALTH AND HUMAN SERVICES,

NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES



RECEIVED
JUL 18 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

# COMBINED NOTICE OF IMPERSONATION, UNAUTHORIZED DISCLOSURE OF PROTECTED INFORMATION, INTELLECTUAL PROPERTY INFRINGEMENT, AND MOTION FOR SUBPOENA DUCES TECUM UNDER RULE 45 AND TITLE III

Plaintiff **Christine Etheredge**, appearing pro se, respectfully submits this combined filing to:

1. Provide **notice to the Court** of ongoing impersonation, unauthorized dissemination of protected victim information, and theft of federally protected legislative materials; and

2. Move this Court under **Federal Rule of Civil Procedure 45** and **Title III of the Omnibus Crime Control and Safe Streets Act of 1968** (18 U.S.C. §§ 2510–2523) for issuance of subpoenas duces tecum compelling the production of digital communications evidencing said misconduct.

## I. NOTICE OF IMPERSONATION AND MISAPPROPRIATION

### A. Impersonation of Multiple Victims

Since 2023, **Francesca Amato**, a known associate of **Tanawah Downing**, has falsely claimed authorship and association with legislative and legal advocacy materials authored by Plaintiff and other victims. Amato has impersonated multiple survivors—many of whom are preparing filings with the U.S. Department of Justice—and has publicly distributed materials under their names without authorization or consent. These acts have caused public confusion, retaliation risks, and interfered with protected filings.

### B. Unauthorized Disclosure of Confidential Information

On or about **June 2, 2023**, individuals **Amanda Story** and **Kelly Patton** disclosed ACP-protected and sensitive information—including sealed court records, survivor narratives, and legislative drafts—via email without authorization. This leak directly enabled impersonation, fraud, and the rebranding of the Plaintiff's original work by unauthorized third parties.

### C. Legislative Theft and Misuse

Plaintiff authored and submitted several federal legislative proposals aimed at reforming family court, domestic violence enforcement, and constitutional protections for victims. These proposals were wrongfully copied, altered, and

republished through campaigns such as the *"We Shall Be Free Tour"*, falsely presented as the original work of Francesca Amato and her affiliates.

---

## II. FEDERAL STATUTES VIOLATED

The conduct described above constitutes violations of multiple federal laws, including:

**Identity Theft and Impersonation**

- **18 U.S.C. § 912** – False personation of an individual or U.S. officer

- **18 U.S.C. § 1028** – Fraud in connection with identification documents

- **18 U.S.C. § 1028A** – Aggravated identity theft

**Privacy and Unauthorized Disclosure**

- **5 U.S.C. § 552a** – The Privacy Act

- **42 U.S.C. § 1320d-6** – HIPAA privacy violations

- **18 U.S.C. § 1030** – Computer Fraud and Abuse Act

**Obstruction and Witness Retaliation**

- **18 U.S.C. § 1505** – Obstruction of federal proceedings

- **18 U.S.C. § 1512** – Witness tampering

- **18 U.S.C. § 1513** – Retaliation against victims or informants

**Intellectual Property and False Attribution**

- **17 U.S.C. § 506 / 18 U.S.C. § 2319** – Copyright infringement

- **15 U.S.C. § 1125(a)** – False designation of origin (Lanham Act)

---

# III. MOTION FOR SUBPOENA DUCES TECUM UNDER RULE 45 AND TITLE III

Pursuant to **Rule 45** and **18 U.S.C. § 2511 et seq.**, Plaintiff moves for the issuance of subpoenas to compel production of electronic communications evidencing the conduct described above.

**A. Individuals/Entities Subject to Subpoena**

- **Francesca Amato**

- **Tanawah Downing**

- Affiliates of the *"We Shall Be Free Tour"*

- Related email providers (e.g., Gmail, Yahoo, ProtonMail, iCloud)

**B. Requested Information (Jan. 1, 2023–Present)**

- Emails and communications to/from or referencing:

  - Christine Etheredge (Plaintiff)

  - Legislative or advocacy materials originally authored by Plaintiff

  - Any impersonation or unauthorized use of names of survivors

  - Misuse of DOJ, FBI, or congressional references or submissions

  - Attachment metadata, headers, and associated document drafts

**C. Justification**

This discovery is narrowly tailored to identify:

- Evidence of impersonation or false attribution;

- Unauthorized dissemination of confidential or sealed material;

- Patterns of fraudulent publication and victim exploitation;

- Potential violations of federal criminal and civil rights statutes.

## IV. REQUEST FOR RELIEF

Plaintiff respectfully requests that the Court:

1. **Take judicial notice** of the impersonation, legislative theft, and violations described;

2. **Authorize issuance of subpoenas duces tecum** to the named individuals and service providers to produce the email communications and digital materials described;

3. Refer this matter to the **U.S. Attorney for the District of Columbia**, the **DOJ Civil Rights Division**, and the **Office of Inspector General** for investigation of potential criminal conduct;

4. Allow Plaintiff to seek **emergency protective relief** if additional retaliation, impersonation, or publication continues.

## V. Verification

**Verification**

I, Christine Etheredge (sealed name on file), declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information, and belief. All supporting exhibits referenced herein are incorporated by reference, and all factual statements are based on first-hand knowledge, documented evidence, and/or direct witness testimony unless otherwise indicated.

Executed on this 17 day of July, 2025.

Signature: *Christie Etheredge*

Christine Etheredge (sealed)

ACP ID and Protective Address (Under Seal)

*Petitioner affirms that no notarization or witness signature is required for this verification pursuant to applicable federal rules allowing unsworn declarations under penalty of perjury in pro se filings.*