UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTINE A. ETHEREDGE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CURRITUCK COUNTY DSS *et al.*, )<br>)<br>Defendant. ) | Civil Action No. 25-01737 (UNA) |

**ORDER**

Pending before the Court is Plaintiff's Second Motion for Leave to Proceed *in forma pauperis* (IFP). On July 17, 2025, Chief Judge Boasberg granted Plaintiff's motion to proceed under the pseudonym Christine A. Etheredge and granted in part and denied in part Plaintiff's Motion for Leave to File Under Seal. *See* Order, ECF No. 24. Judge Boasberg further ordered the original complaint be "kept under seal" and ordered Plaintiff to file "[w]ithin five days . . . a redacted version of her original Complaint on the public docket" and a "declaration containing her real name and residential address under seal." *Id*. Plaintiff has not complied with the Chief Judge's directives. Accordingly, it is

**ORDERED** that Plaintiff's amended motion for leave to proceed *in forma pauperis*, ECF No. 3, is **GRANTED**, and the initial IFP motion, ECF No. 2 is **DENIED** as moot; it is further

**ORDERED** that all other pending motions, ECF Nos. 6, 7, 8, 9, 11, 15, 17, 18, 19, 20, 26, 28, are **DENIED** without prejudice; and it is further

**ORDERED** that within **20 days** from the entry date of this Order, Plaintiff shall comply fully with Chief Judge Boasberg's order or suffer dismissal of the case without prejudice.

The Clerk of Court is directed to unseal the case.

_____/s/_____
JIA M. COBB
Date: August 18, 2025                United States District Judge