# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

Record No. 25-CV-01737

Christine Etheredge ( name under seal),

v.

CURRITUCK COUNTY DEPARTMENT OF SOCIAL SERVICES,

CHESAPEAKE DEPARTMENT OF HUMAN SERVICES,

VIRGINIA BEACH DEPARTMENT OF HUMAN SERVICES,

VIRGINIA DEPARTMENT OF HEALTH AND HUMAN SERVICES,

NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES



RECEIVED
AUG 19 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

# NOTICE TO CLERK AND FEDERAL AGENCIES OF SERVICE AND SEALED EVIDENCE FILING IN THE DISTRICT OF CONNECTICUT

Petitioner, Christine Etheredge (under seal), hereby provides notice to the Clerk of the Court for the District of Columbia, as well as relevant federal entities, of filings made in the United States District Court for the District of Connecticut.

On August 19, 2025, at 12:20 PM, Petitioner's authorized agent, John Doe (Michael R.T. Carlisle), personally filed and served more than 300 pages of evidentiary material under seal in Doe et al. v. Etheredge, Case No. 3:25-cv-01078-SFR (D. Conn.), including:

Transcripts and recorded admissions;

Evidence of kidnapping, unlawful custody interference, and related federal crimes;

Records documenting violations of existing protection orders and custody enforcement obligations;

A witness statement containing explicit threats made against the President of the United States;

Prior notifications made to federal agencies including the Department of Justice, the Federal Bureau of Investigation, and related U.S. Attorneys' offices.

The Connecticut federal court accepted service and filing of the sealed materials at 12:20 PM on August 19, 2025. Said filings were submitted under seal for the safety of victims and witnesses, consistent with federal confidentiality protections.

This Notice is respectfully provided for the purposes of:

1. Acknowledgment by the Clerk of this Court of the sealed Connecticut federal filing completed on August 19, 2025, at 12:20 PM by Petitioner's authorized agent, John Doe (Michael R.T. Carlisle);

2. Coordination with U.S. Attorneys and federal authorities who are already in receipt of notice and are responsible for review of the case materials, particularly those implicating threats against the President;

3. Subpoena availability for this Court to obtain the sealed Connecticut evidence should consolidation or further proceedings require; and

4. Preservation of record integrity across jurisdictions to ensure federal protection orders and custody enforcement are fully recognized.

Respectfully submitted,

*Christine Etheredge*

**Christine Etheredge**, Pro Se

ACP Participant
Dated: August 19, 2025

**CERTIFICATE OF SIGNATURE AND EMAIL SUBMISSION**

This Certificate is provided to confirm that all filings submitted with my name are signed and sworn under penalty of perjury by me, and that any attached affidavits or motions are authorized and accurate as to the facts asserted. No notary is required under federal and state victim protection rules due to ACP participation, and I respectfully request that all identifying information remain sealed.

I hereby certify that on August 19, 2025, I, Christine Etheredge, was present when my authorized agent, John Doe (Michael R.T. Carlisle), filed and served under seal more than 300 pages of evidentiary materials in the United States District Court for the District of Connecticut, Case No. Doe et al. v. Etheredge, 3:25-cv-01078-SFR.

I further certify that a true and correct copy of the foregoing Notice to Clerk and Federal Agencies of Service and Sealed Evidence Filing in the District of Connecticut was served via mail and/or electronic submission, as permitted, upon the following:

Clerk of Court, U.S. District Court for the District of Columbia

Clerk of Court, U.S. District Court for the District of Connecticut (for coordination)

U.S. Attorney's Office for the District of Columbia

U.S. Attorney's Office for the District of Connecticut

U.S. Department of Justice, National Security Division

Federal Bureau of Investigation, Headquarters (Washington, D.C.)

Respectfully submitted,

*Christie Etheredge* , **Pro Se**

**Date: August 19, 2025**

**SWORN UNDER PENALTY OF PERJURY – NO NOTARY REQUIRED**