IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

Record No. 25-CV-01737

Christine Etheredge ( name under seal),

v.

CURRITUCK COUNTY DEPARTMENT OF SOCIAL SERVICES,

CHESAPEAKE DEPARTMENT OF HUMAN SERVICES,

VIRGINIA BEACH DEPARTMENT OF HUMAN SERVICES,

VIRGINIA DEPARTMENT OF HEALTH AND HUMAN SERVICES,

NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES



RECEIVED
AUG 20 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

# NOTICE OF HIPAA COMPLIANCE AND MEDICAL RECORD PRESERVATION

Petitioner, Christine Etheredge (under seal), hereby provides notice to the Clerk of the Court for the District of Columbia, as well as relevant federal entities, of filings made in the United States District Court for the District of Connecticut.

Plaintiff respectfully submits this Notice to ensure compliance with the Health Insurance Portability and Accountability Act of 1996 (HIPAA), 42 U.S.C. §1320d et seq., and related federal regulations (45 C.F.R. Parts 160, 162, and 164).

## 1. Protected Health Information (PHI)

The records attached and referenced in this action constitute Protected Health Information (PHI). These materials have been submitted solely for litigation purposes and must be preserved and treated as confidential in accordance with federal law.

## 2. Psychological Evaluation

The Plaintiff's psychological evaluation confirms that she is of sound mind and has been clinically determined to be a victim of domestic violence. This finding is material to the case and must remain preserved as part of the official record.

## 3. Medical and Psychological Findings

The Plaintiff's medical and psychological records further document the following conditions, diagnoses, and treatments:

- Traumatic Brain Injury (TBI)

- White Brain Disease, as confirmed by Dr. Laurence Radin on August 1, 2025, following MRI review; Plaintiff has been under Dr. Radin's consistent neurological care & psychiatric management since placement in Connecticut, with treatment including Topamax for migraine and neurological management.

- Sexual Assault-related injuries, documented and provided to law enforcement, including Currituck authorities.

- Post-Traumatic Stress Disorder (PTSD) resulting from repeated assaults and abuse by the defendants.

- Severe trauma from ongoing threats, harassment, and abuse.

- Psychological harm and trauma resulting from unlawful separation from Plaintiff's minor children.

- Permanent neck and spinal damage, confirmed by MRI performed while Plaintiff resided in Rhode Island, under the care of Sarah Congleton for pain management.

- Chronic pain and mobility limitations, medically documented.

- Pending SSDI disability proceedings due to permanent and debilitating injuries.

- Episodes of homelessness caused by the severity of injuries, unlawful acts of the defendants, and systemic negligence.

## 4. Victim Services and Compliance

- Plaintiff has been actively receiving support and services through Safe Futures, a domestic violence organization, including group therapy and counseling, when work has allowed.

- Plaintiff has fully cooperated with all requirements, provided all original sexual assault records and medical evidence to law enforcement, and reported protection order violations by the defendants.

- Plaintiff has demonstrated her ability to manage her medical conditions responsibly and to handle the injuries and circumstances caused not by her actions, but directly by the defendants.

**5. Preservation and Secure Coordination**

All parties, agencies, and the Court are hereby placed on formal notice of preservation obligations under federal law. Plaintiff demands that:

- No alteration, destruction, or unauthorized disclosure of Plaintiff's medical/psychological records occur.

- All transfers and reviews of such PHI be coordinated exclusively through secure channels consistent with HIPAA and applicable protective orders.

- Coordination be maintained between the District of Columbia and the District of Connecticut, along with other relevant state and federal authorities, to ensure full interjurisdictional compliance.

**6. Federal Duty to Preserve**

Pursuant to Rule 27 and Rule 65 of the Federal Rules of Civil Procedure, as well as federal privacy and victims' protection statutes, the Court and parties are reminded of their continuing duty to preserve and safeguard these materials for the duration of these proceedings and related investigations.

**RELIEF REQUESTED**

Plaintiff requests that the Court enter this Notice upon the record and direct that all medical and psychological records submitted in this case be:

Preserved under seal,

Maintained in compliance with HIPAA and federal privacy laws, and

Made available only to duly authorized entities through secure and coordinated channels.

Plaintiff respectfully requests that the Court:

1. Expedite all relief previously requested by Plaintiff, including but not limited to immediate protective measures and reunification with her minor children, on the basis that Plaintiff has fully complied with all legal requirements and continues to suffer irreparable harm as a direct result of the defendants' conduct and systemic failures;

Respectfully submitted,

*Christine Etheredge*

**Christine Etheredge**, Pro Se
ACP Participant
Dated: August 19, 2025

**CERTIFICATE OF SIGNATURE AND EMAIL SUBMISSION**

This Certificate is provided to confirm that all filings submitted with my name are signed and sworn under penalty of perjury by me, and that any attached affidavits or motions are authorized and accurate as to the facts asserted. No notary is required under federal and state victim protection rules due to ACP participation, and I respectfully request that all identifying information remain sealed.

I further certify that a true and correct copy of the foregoing Notice to Clerk and Federal Agencies of Service and Sealed Evidence Filing in the District of Connecticut was served via mail and/or electronic submission, as permitted, upon the following:

Clerk of Court, U.S. District Court for the District of Columbia

U.S. Attorney's Office for the District of Connecticut

Respectfully submitted,

*Christie Etheredge* , **Pro Se**

**Date: August 19, 2025**

**SWORN UNDER PENALTY OF PERJURY – NO NOTARY REQUIRED**

❊ Brightside Health

# Patient Medical Record

SECTION 1
## Personal Information

### 👤 Patient details

**AD**

**Amber Diale**
She/Her

Brightside Patient since:
6/15/2024
4 days

| | |
|---|---|
| LEGAL FIRST & LAST NAME | Amber Diale |
| PREFERRED FIRST NAME | Amber |
| DATE OF BIRTH | 3/31/1988 (36 yrs) |
| GENDER | Female |
| SEX | Female |
| WEIGHT | 130 lbs |
| PLAN | Psychiatry & Therapy |
| PHONE NUMBER | 860-501-8708 |
| ADDRESS | Bradford, RI 02808 |
| EMERGENCY CONTACT | Otis Burge<br>401-207-6656 |

### ✚ Clinical Care Team

**Provider**
Veronica Powers, PMHNP

**Therapist**
Mohamed Mulla, PhD

SECTION 2
# Intake Information

This section contains information as reported from the patient via the intake process.


## Risk Factors

### Health Risk Factors

| | |
|---|---|
| **PHYSICAL HEALTH** | Fair |
| **SMOKING** | Yes |
| **VAPING** | Yes |
| **DRUG USE** | None reported |
| **CHRONIC CONDITIONS** | None reported |
| **PRESCRIBING CONSIDERATIONS** | None reported |
| **EATING DISORDERS** | None reported |
| **DRINKING** | None reported |

### R/O Indications of

| | |
|---|---|
| **HYPOTHYROIDISM** | None reported |
| **SLEEP APNEA** | Frequent snoring |

### Family History

| | |
|---|---|
| **MEDICAL CONDITIONS** | None reported |
| **BIPOLAR** | None reported |
| **DEPRESSION** | None reported |
| **DRUGS** | None reported |
| **HYPOTHYROIDISM** | None reported |
| **PSYCHOSIS** | None reported |
| **MEDICATIONS** | I'm not sure |
| **PREVIOUS SUICIDE ATTEMPT** | None reported |
| **ANTIDEPRESSANT USE** | I'm not sure |


## Medications & Supplements

Use of current or past medications as reported by patient.

### Current Medications

| | |
|---|---|
| **OTHER CURRENT MEDICATIONS** | None reported |
| **CURRENT SUPPLEMENTS** | None reported |

### Allergies

| | |
|---|---|
| **KNOWN DRUG ALLERGIES** | None reported |

### Past Medications

| | |
|---|---|
| **PRIOR ANTIDEPRESSANT USE** | None reported |

## Context

### Personal

| | |
|---|---|
| **DIFFICULTIES WITH ACTIVITIES OF DAILY LIVING** | Yes |
| **EMOTIONS** | None reported |
| **PERFECTIONISM** | No |
| **BODY IMAGE** | Somewhat satisfied |
| **SOCIAL ANXIETY** | Yes |

### Relationships

| | |
|---|---|
| **SEXUAL PREFERENCE** | None reported |
| **RELATIONSHIP STATUS** | Married or domestic partner |
| **HOUSEHOLD** | Partner/spouse<br>Pet(s) |
| **FAMILY ROLE** | None reported |
| **RELATIONSHIP CHALLENGES** | Conflict with someone close to you<br>Breakup, divorce, or separation |
| **SEXUAL ISSUES** | No |
| **INTIMATE SUPPORT** | Yes |

### Work

| | |
|---|---|
| **EMPLOYMENT STATUS** | I am not employed because I am unable to work |
| **EMPLOYMENT SATISFACTION** | None reported |
| **ANNUAL INCOME** | None reported |
| **STRESS LEVEL** | None reported |
| **FINANCIAL WORRY** | A bit worried |

### Patient Preferences

| | |
|---|---|
| **SEXUAL FUNCTION** | Somewhat important |
| **WEIGHT GAIN** | I'm ok with some small weight change |

SECTION 3
# Clinical Assessment

## Active Diagnoses
*2 active diagnoses*

| DIAGNOSIS | TYPE | CODE | DIAGNOSIS DATE | DIAGNOSED BY |
|---|---|---|---|---|
| **PTSD**<br>• **Episode:** Unspecified Episode<br>• **Severity:** Unspecified Severity<br>• **Status:** Unspecified Status | Primary | F43.10 | 6/17/2024 | Veronica Powers, PMHNP |
| **Generalized Anxiety Disorder**<br>• **Episode:** Unspecified Episode<br>• **Severity:** Unspecified Severity<br>• **Status:** Unspecified Status | Secondary | F41.1 | 6/17/2024 | Veronica Powers, PMHNP |

## Prescriptions
*1 active prescription*

| MEDICATION | CREATED | REFILL | BY | PRESCRIBED BY |
|---|---|---|---|---|
| **trintellix, 10 mg**<br>*Take 1 tablet by mouth daily*<br><br>**ID:** 64764073030    **Qty:** 30 | 6/17/2024 | 2 | 6/17/2025 | Veronica Powers, PMHNP |

SECTION 4
# Treatment Plan & Patient Journey

## Patient Progress

**PHQ-9 SCORING**

| | |
|---|---|
| 1 – 4: | Minimal Depression |
| 5 – 9: | Mild Depression |
| 10 – 14: | Moderate Depression |
| 15 – 19: | Moderately Severe Depression |
| 20 – 27: | Severe Depression |

**GAD-7 SCORING**

| | |
|---|---|
| 1 – 4: | Minimal Anxiety |
| 5 – 9: | Mild Anxiety |
| 10 – 14: | Moderate Anxiety |
| 15 – 21: | Severe Anxiety |

| PHQ-9 Score | GAD-7 Score | Date | |
|---|---|---|---|
| 6 | 4 | 6/15/2024 | BASELINE |

## Case Notes & Encounters

*Started 15 June, 2024 (4 days)*

**Encounter**
Service on 2024-06-17 | Session Time: min

Veronica Powers, PMHNP


**Case Note**
Service on 2024-06-17
Created on 2024-06-17 10:33 AM EDT                                Veronica Powers, PMHNP
Initial Encounter Note

**Brightside Initial Encounter**

**Session Information**
ID: 36 year old female presents for new intake with 6 on PHQ-9 and 4 on GAD-7
Format: Video Telehealth Platform
Attendees: Patient and Provider
Third Party Translator: No
Confirmed member name, DOB, preferred language, and location: Yes, I confirmed this
Chief Complaint: Healing from trauma
This is a Medicare Part B or Medicaid patient: No

**History of Present Illness**
History of present illness: Current symptoms: Has been struggling with PTSD. Unlawfully separated from children. Haven't seen kids in over a year. victim of domestic and sexual abuse. Trying to process things. States ADHD is "all over the place". Anxiety attacks. Going to court is a trigger, has hopes things would go well, but when they don't it feels like she has to start over. Feels harassed by abuser. Onset of symptoms: Lost husband when she was 19. PTSD. Past diagnosis: PTSD
Frequency: Daily. Location: Independent of location Triggers- Going to court. That even though there is OoP, abuser is not following it. What helps? Sitting on the beach. Distraction. Music. Reading.
Goals- Returning to school in crisis and trauma counseling. Securing a place to get children back. Strengths- Learning patience and prioritizing. Sleep- Some weeks it is good, other times when she sleeps more. More struggles since she didn't have medication Nightmares- Denies Appetite- Good Depression- 5-6/10 Happiness- Yes Hopeless/helpless- Denies Interest level- lower Concentration- Poor. Memory issue. TBI. Reports that it is difficult to stay on task Energy Level- Average Anxiety- 6/10 Panic- Yes Repetitive actions- Denies Anger/irritability- Denies Racing thoughts- Rarely, but was on medication. Distractible- Yes Indiscretion/Inhibition- Denies Risk taking- Denies Grandiosity- Denies Increased activity- Denies Missed sleep and still felt good- Denies Talkativeness- Denies Impulsivity- Minimal Suicidal Ideation- Denies Homicidal Ideation- Denies Hallucinations- Denies Paranoia- Denies
Duration: More than 2 years
Previous episodes: My symptoms of depression do not occur in episodes.
Primary non-mood symptoms: Difficulty concentrating
Contributing factors: Life event, transition, or stressor (e.g. move, retirement), Family or relationship challenges, Medical condition, Loss of a loved one, Trauma
Bipolar Disorder Screen: Negative

**Psychiatric Review of Systems**
Review: Constitutional Symptoms- Denies Eyes, Ears, Nose, Mouth, and Throat- denies Cardiovascular- Denies Respiratory- Denies Gastrointestinal- Denies Genitourinary- Denies Musculoskeletal- Chronic pain Integumentary- Denies Neurological- Denies Psychiatric- PTSD and anxiety Endocrine- Denies Hematologic/Lymphatic- Denies Allergic/Immunologic- Denies

**Psychiatric History**
Previous Suicide Attempts: No
Past Psychotropic Medications: - Sedatives (Klonopin, Xanax, Valium, Ativan, etc.)
Currently in Therapy: Yes
Experience with Therapy: Cognitive Behavioral therapy

**Family History**
Family Antidepressant Use: I'm not sure

**Past Medical History**

Chronic Conditions: No
Prescribing Considerations: No

**R/o indications of**
Hypothyroidism Symptoms: None Reported
Sleep Apnea: Frequent snoring
Allergies: None Reported
Current Medications: None Reported
Current Supplements: None Reported

**Social History**
Employment Status: I am not employed because I am unable to work
Sexual Orientation: Heterosexual
Sexual Orientation Other:
Relationship Status: Married or domestic partner
History of Abuse:
Traumatic Events: Yes
Alcohol Use Audit Score: 4
Smoking: Yes
Drug Use: No

**Methods**
Methods used: Gathered biopsychosocial information, assessed risk, developed rapport, reviewed self-report measures (PHQ-9, GAD-7, AUDIT)

**Mental Status Examination**
Mental status exam within normal limits: Yes
Groomed appearance, good eye contact, alert, orientation is WNL (Oriented to place, time, situation), euthymic mood, appropriate affect, thought process is clear and coherent, goal-oriented, thought content is WNL, speech is WNL, memory is grossly intact, reality testing is WNL, insight and judgement is good.

**Risk Assessment**
Suicide Risk: Low
Basis for Risk: Patient denied currently having suicidal ideations, plan, or intent to self harm.
Homicide Risk: Low
Basis for Risk: Patient denied currently having homicidal ideations, plan, or intent to harm others.
Current Suicidal Ideation: No SI
Risk Factors: History TBI / Head Injury
Protective Factors: Reasons for living, Future oriented, Good access to care

**Assessment**
Diagnosis 1: PTSD

**Plan**
Prescription 1:
Describe condition: PTSD, MDD, GAD
Medication: Trintellix 10mg po daily
Recommendation: Started Trintellix to help with anxiety and depression while also helping with focus.

Comments: Advised the patient to follow the prescribed medication regimen. Follow up appointment in four weeks. Patient consented to sink in his checking and will also schedule follow up as needed. Instructed the patient to monitor their symptoms and report any changes. Provided lifestyle recommendations to support overall health management conditions. Discussed potential side effects and necessary precautions related to the prescribed medications.
Patient Education: Educated the patient about their medical conditions and importance of medication adherence. Provided resources for further information on managing their conditions and medications.

**Interactive Complexity**
Patient: Vocalized understanding
Requested a benzodiazapine and stimulant since it was helpful in the past.
**Specify any communication difficulties present during this visit**

The patient is aware that if serious side effects develop, they should call 911 or present to the nearest ER. Patient further understands responsibility to request a review through Brightside Health if they would like further evaluation of their case or treatment plan. Patient has consented to Brightside Health terms of use, Telehealth Consent and Privacy Policy as well as a notice of Privacy Practices.



**SIGNED By** Veronica M Powers, APRN
June 17, 2024 at 7:54 AM (PDT)
Veronica Powers, PMHNP