# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

Record No. 25-CV-01737

Christine Etheredge ( name under seal),

v.

CURRITUCK COUNTY DEPARTMENT OF SOCIAL SERVICES,

CHESAPEAKE DEPARTMENT OF HUMAN SERVICES,

VIRGINIA BEACH DEPARTMENT OF HUMAN SERVICES,

VIRGINIA DEPARTMENT OF HEALTH AND HUMAN SERVICES,

NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN

SERVICES



RECEIVED

AUG 22 2025

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

## NOTICE

Petitioner hereby places on record the following:

1. Involved Individuals:

   ○ Francesca Amato

   ○ Meghan Miller (Stand With Meg)

   ○ Maryann Petri

   ○ Amanda Story

   ○ Kelly Patton

   ○ Katie Merritt

   ○ Dave Weigl

   ○ Richard Luthmann

   ○ Tanawah Downing

   ○ Jessica Saxton

2. **Admissions & Misconduct:**

   ○ Petitioner originally shared drafts of legislative proposals, affidavits, and executive orders with Amanda Story, Kelly Patton, and Katie Merritt in good faith.

   ○ These individuals later admitted involvement either in the fake FBI raid, direct collaboration with Tanawah Downing or Charles Etheredge, or affiliation with the criminal ring.

   ○ Following these admissions, Petitioner was forced to change her phone number and cease all communication.

    ○  Shortly thereafter, Petitioner discovered her authored legislative works had been stolen, renamed, and circulated as the fraudulent *"Family Justice & Accountability Act."*

3. **Affidavit Exploitation:**

    ○  Over 2 million survivor affidavits, originally collected for the DOJ, were wrongfully seized by Downing and Saxton, placing sensitive survivor information in the hands of individuals engaged in fraudulent and criminal activities.

4. **Criminal Activity Identified:**

    ○  Theft and misrepresentation of authored federal legislation (Lanham Act violations).

    ○  Impersonation of federal officers and the fake FBI raid (18 U.S.C. §§ 912–913).

    ○  Obstruction of justice and misuse of affidavits.

    ○  Fraudulent public campaigns on TikTok, websites, and social platforms, misleading policymakers and survivors.

**MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Petitioner, Christine Etheredge, respectfully moves this Court under Federal Rule of Civil Procedure 65 for a Temporary Restraining Order ("TRO") and Preliminary Injunction against Respondents — Francesca Amato, Meghan Miller (Stand With Meg), Maryann Petri, Amanda Story, Kelly Patton, Dave Weigl, Richard Luthmann, Tanawah Downing, and Jessica Saxton — to immediately cease their unlawful acts of intellectual property theft, misrepresentation, impersonation of federal authority, fraudulent solicitation of congressional support, and exploitation of vulnerable citizens.

## I. INTRODUCTION

Petitioner is the original author of the Family Integrity, Civil Rights Restoration, and Judicial Oversight Act of 2025 and related legislative proposals, including the *We Shall Be Free* affidavit campaign and proposed Executive Order declaring a national civil rights emergency.

Respondents have unlawfully misappropriated Petitioner's authored work, rebranded it under the so-called *"Family Justice & Accountability Act"* promoted through Stand With Meg, TikTok, and other personal websites【standwithmeg.com†source】. They have lied to Congress, misled the public, and exploited survivors. Respondents have further engaged in cult-like, fraudulent tactics, including misquoting the Constitution, declaring participants "servants," urging Americans to stop accessing courts, and inciting civil unrest.

This Court's intervention is required to prevent further harm to survivors, the constitutional process, and the integrity of federal law.

## II. FACTUAL BACKGROUND

1. Petitioner's Original Work.

   ○ The *Family Integrity, Civil Rights Restoration, and Judicial Oversight Act of 2025* and accompanying affidavits formed the legitimate, survivor-authored federal response to systemic family court abuse.

○

2. Respondents' Misappropriation.

   ○ Respondents Francesca Amato, Meghan Miller, Maryann Petri, Amanda Story, and Kelly Patton circulated Petitioner's legislative proposals via email and social platforms, later marketing them as their own bill — the "Family Justice & Accountability Act"【standwithmeg.com†source】.

3. Role of Downing and Saxton.

   ○ Tanawah Downing and Jessica Saxton unlawfully assumed control over more than 2 million survivor affidavits submitted under the "We Shall Be Free" campaign.

   ○ They weaponized these affidavits for financial gain, retaliation, and obstruction of justice.

   ○ By presenting themselves as trustees of these filings, they misled survivors, Congress, and the public into believing they controlled a legitimate advocacy pipeline.

4. **Criminal Acts and Misrepresentation.**

   ○ Tanawah Downing and Amanda Story are tied to the fake FBI raid and impersonation of federal agents.

   ○ Respondents collectively spread false narratives to Congress and online platforms, deceiving policymakers and inciting vulnerable families.

## 5. Plaintiff's Prior Communications with Respondents

- Petitioner originally communicated with Amanda Story, Kelly Patton, and Katie Merritt, sharing drafts of the legislative proposals, affidavits, and executive orders (Exhibit D – Email Chains, June 2025).

- At the time, Petitioner believed these individuals were allies in advancing survivor-led reforms.

- Subsequently, Amanda, Kelly, and Katie admitted their involvement:

  - Either direct participation in the fake FBI raid;

  - Collaboration with Tanawah Downing or Charles Etheredge; or

  - Affiliation with the broader criminal ring operating to misappropriate Petitioner's work.

- Upon learning of these admissions, Petitioner:

  - Changed her phone number and ceased all communication for safety and to prevent further intimidation.

  - Discovered shortly thereafter that Respondents had stolen her authored work, rebranded it under different names, and began publicly distributing it through Stand With Meg, TikTok, and other platforms.

## 6. Affidavit Collection and Misuse

- Petitioner sought collection of the 2 million affidavits for proper submission to the DOJ and federal authorities, recognizing that the documents contained sensitive personal information of survivors.

- Instead, Downing, Saxton, and affiliates wrongfully assumed custody of the affidavits, placing vulnerable families' information in the hands of those tied to fraudulent and criminal activities.

- Petitioner has reported these activities to all proper authorities, including DOJ and law enforcement, but Respondents continue to exploit the affidavits for gain.

## III. LEGAL STANDARD

To obtain injunctive relief, Petitioner must demonstrate:

1. Likelihood of success on the merits;

2. Irreparable harm absent relief;

3. Balance of equities in her favor; and

4. That an injunction serves the public interest.

*Winter v. NRDC*, 555 U.S. 7 (2008).

### IV. ARGUMENT

### A. Likelihood of Success

- Lanham Act, 15 U.S.C. §1125(a): Respondents' rebranding of Petitioner's legislation constitutes false designation of origin.

- Fraud & Impersonation, 18 U.S.C. §§ 912–913: Weigl, Luthmann, and affiliates engaged in federal impersonation and fraudulent raids.

- Obstruction & Exploitation: Downing and Saxton's seizure of affidavits constitutes obstruction of justice and witness intimidation.

### B. Irreparable Harm

- Survivors are misled into abandoning lawful remedies.

- Congressional representatives are deceived into supporting fraudulent legislation.

- Petitioner's movement suffers ongoing reputational and organizational harm.

### C. Balance of Equities

- Petitioner seeks only to stop the theft, fraud, and misrepresentation.

- Respondents have no lawful interest in continuing these acts.

### D. Public Interest

- The public has a vested interest in honest advocacy, the protection of survivors, and safeguarding constitutional order.

## V. RELIEF REQUESTED

Petitioner respectfully requests that this Court:

1. Issue a Temporary Restraining Order halting Respondents from publishing, promoting, or distributing the "Family Justice & Accountability Act" or misappropriated versions of Petitioner's authored work.

2. Direct Respondents to cease-and-desist misusing affidavits, legislative materials, or survivor testimony.

3. Order the seizure and preservation of evidence, including affidavits unlawfully controlled by Downing and Saxton.

4. Refer Respondents' fraudulent and criminal activities to the U.S. Attorney for the District of Columbia, DOJ Criminal Division, and U.S. Marshals Service.

5. Grant such other relief as this Court deems just and proper.

## VI. CONCLUSION

For the foregoing reasons, Petitioner respectfully requests this Court grant her Motion for a Temporary Restraining Order and Preliminary Injunction.

ATTACHED EVIDENCE INDEX:

- https://specialagent-binx-thecat.square.site/support-the-legislation
- The emails of what was sent prior to finding out the truth

Respectfully submitted,

*Christine Etheredge*

**Christine Etheredge**, Pro Se
ACP Participant
Dated: August 19, 2025

**CERTIFICATE OF SIGNATURE AND EMAIL SUBMISSION**

This Certificate is provided to confirm that all filings submitted with my name are signed and sworn under penalty of perjury by me, and that any attached affidavits or motions are authorized and accurate as to the facts asserted. No notary is required under federal and state victim protection rules due to ACP participation, and I respectfully request that all identifying information remain sealed.

I further certify that a true and correct copy of the foregoing Notice to Clerk and Federal Agencies of Service and Sealed Evidence Filing in the District of Connecticut was served via mail and/or electronic submission, as permitted, upon the following:

Clerk of Court, U.S. District Court for the District of Columbia

Respectfully submitted,

*Christine Etheredge* **, Pro Se**

**Date: August 21, 2025**

**SWORN UNDER PENALTY OF PERJURY – NO NOTARY REQUIRED**

# Business & Grant Proposal

## Valkyrie Rebelle Defense and Strategy, LLC

Survivor-Led | Veteran-Powered | Veteran- Spouse- Powered | Spirit-Guided

"Where Your Freedom Has a Voice — Forged in Valor, Guided by Faith, and Driven by Justice."

Founder: Michael Carlisle (U.S. Army Veteran / Former Law Enforcement)
Co-Founder: Amber Carlisle (U.S. Army Gold Star Wife and Current Army Veteran Spouse / DV/SA Survivor and Advocate)

## Executive Summary

Valkyrie Rebelle Defense and Strategy, LLC is a trauma-informed, mission-driven consultancy providing advocacy, education, coaching, AI tools, and field strategy training for survivors, veterans, and justice advocates. Our focus is bridging service gaps through culturally responsive tools, survivor-centered programs, and interdisciplinary collaboration. Our flagship services include Valkyrie AI, trauma-informed certification programs, survivor-led investigations, and operational law enforcement training.

## Problem & Opportunity

Millions of survivors across the country face structural barriers when seeking justice and healing — from high legal costs and retraumatizing systems to cultural and jurisdictional challenges. Veterans and military families face compounding issues in both civil and administrative systems. Valkyrie Rebelle exists to provide access, empowerment, and strategy for those who often go unheard or unsupported.

## Objectives

- Launch national headquarters in Connecticut with mobile and remote access programs.

- Train 100+ advocates, coaches, and law enforcement annually in trauma-informed response.

- Deploy AI-supported tools to 1,000+ survivor families, advocates, and pro se litigants.

- Host annual summits, community events, and curriculum programs across 5 states.

## Services & Programs
- Valkyrie AI Tools for Survivors & Self-Represented Litigants
- Trauma-Informed Life Coaching & Empowerment Tracks
- Operational & Law Enforcement Field Training
- Survivor-Led Forensic Case Review & Investigations
- Tribal & Veteran Advocacy, Policy & ICWA Outreach
- Certification Programs in Advocacy, Coaching, and Strategy
- Public Speaking, Media, and Legislative Consultation

## Market & Reach
Our programs are designed for:
- Domestic violence survivors and protective parents
- Military veterans, Gold Star families, and spouses
- Tribal nations, ICWA defenders, and reentry advocates
- Government subcontractors and allied service providers
- Legal aid nonprofits, churches, and educational institutions

## Funding Request
Total Startup Request: $625,000

Breakdown:
- Personnel & Training: $200,000
- Outreach & Travel: $90,000
- AI/Tech Infrastructure: $100,000
- Curriculum & Certification: $80,000
- Admin, Permits & Legal Compliance: $85,000
- Facility & Equipment Start-Up: $70,000

## Return on Investment & Sustainability
Revenue will be generated through:
- Fee-for-service models and certification program enrollments

- Licensing Valkyrie AI tools and training modules
- Subcontracting for federal, state, tribal, and nonprofit grants
- Sponsorships, merchandise, webinars, and public events

## Contact & Investment Inquiries

Email: vrstrategy.defense@gmail.com

# Grant Proposal Cover Letter

To Whom It May Concern,

On behalf of Valkyrie Rebelle Defense and Strategy, LLC, I am honored to submit our proposal for funding support toward the national launch of our trauma-informed, survivor-led initiative. Our organization is co-founded by a U.S. Army veteran and a Gold Star wife and current U.S. Army veteran who is also a survivor and long-time advocate for justice, military family support, and systemic reform.

We are requesting a total of $625,000 in startup funds to support our programs in advocacy training, life coaching, AI-driven justice tools, and law enforcement education. Our unique framework — merging lived experience, operational strategy, and faith-centered healing — addresses critical service gaps for domestic violence survivors, veterans, Indigenous families, and pro se litigants navigating inaccessible systems.

These funds will allow us to:
- Hire and train personnel with lived experience
- Launch Valkyrie AI as a trauma-informed support tool
- Provide community workshops and certification programs
- Expand access to rural, tribal, and veteran communities

With a strong foundation already established in Connecticut, and full readiness to scale across states, Valkyrie Rebelle Defense and Strategy, LLC stands at the threshold of impactful national work. Your investment will empower survivor leadership, strengthen protective services, and restore voices too often silenced.

Thank you for your time, consideration, and commitment to transformational justice.

Sincerely,

*Amber C.*

Amber C.
Co-Founder, Valkyrie Rebelle Defense and Strategy, LLC

U.S. Army Gold Star Wife | Veteran Spouse | Survivor Advocate
Email: vrstrategy.defense@gmail.com

 Gmail

**Amber C. <rebelle1776@gmail.com>**

---

## contractor
2 messages

---

**Amber C.** <rebelle1776@gmail.com>                    Thu, Jul 3, 2025 at 1:53 AM
To: Amanda Story <arstory1010@gmail.com>

--



Connect with me

**Amber C.**
CEO/Founder
Valkyrie Rebelle

2027384970

My Digital Business Card

---

 **Valkyrie_Rebelle.pdf**
115K

---

**Amber C.** <rebelle1776@gmail.com>                    Thu, Aug 21, 2025 at 10:31 PM
To: Riremain TTV <carlisle4111@gmail.com>

proof 3
[Quoted text hidden]

---

 **Valkyrie_Rebelle.pdf**
115K

"We Shall Be Free" Affidavit of Harm and Urgency

I, the undersigned, declare under penalty of perjury under the laws of the United States of America, that the following statements are true and based on my personal knowledge and/or sworn documentation. This affidavit is submitted as testimony in support of the Family Integrity, Civil Rights Restoration, and Judicial Oversight Act of 2025, and the Civil Rights Emergency Resolution introduced to Congress.

NOTICE: Over 2 million notarized affidavits will be delivered to Congress upon the scheduling of formal hearings to publicly present evidence on behalf of the American people. These affidavits, known collectively as the "We Shall Be Free" campaign, are held in trust by Tanawah Downing and Jessica Saxton, and represent a unified testimony of government overreach, civil rights violations, and family destruction nationwide.

**1. IDENTIFICATION:**
Full Legal Name:
Alias or Protected Identity (if applicable):
State and County:
Email or Confidential Contact:


**2. FAMILY STATUS**
Relationship to child(ren):
Military/Tribal/Veteran status (if applicable):
Protective parent, survivor, or whistleblower? (circle all that apply)


**3. STATEMENT OF HARM**
Briefly describe the actions taken by state or government actors that caused harm to you or your family. Include dates, jurisdictions, agency names, and relevant orders or actions.



**4. CIVIL RIGHTS VIOLATIONS**
Please identify the specific rights you believe were violated. (Check all that apply)
☐ First Amendment – freedom to report abuse
☐ Fourth Amendment – unlawful seizure of children or property
☐ Fifth/Fourteenth Amendment – due process violations
☐ Ninth/Tenth Amendments – parental rights retained by the people
☐ ADA/VAWA/UCCJEA violations


**5. URGENCY & REQUEST**
Explain why immediate federal relief is needed in your case and what action you request from Congress:

**6. SWORN AFFIRMATION**

I affirm that the above statements are true and correct to the best of my knowledge.


Signature: _____

Date: _____

Notary Public (if applicable): _____

Civil Rights Emergency Resolution

118th CONGRESS
2d Session
H. RES. ___ / S. RES. ___

**RESOLUTION**
Declaring a national civil rights emergency for protective parents, survivors of violence, whistleblowers, and tribal families, and calling for immediate federal oversight, testimony, and legislative reform.

**Whereas,**
- Whereas, the right to raise one's child free from retaliation, violence, and wrongful interference is a protected liberty under the United States Constitution;

- Whereas, thousands of protective parents, survivors of domestic violence, military families, Native American communities, and whistleblowers have been subjected to civil rights violations, including retaliation by courts, agencies, and law enforcement for reporting abuse or asserting their parental and constitutional rights;

- Whereas, qualified immunity and unchecked judicial discretion have enabled misconduct that includes wrongful custody removal, forced reunification with known abusers, destruction of records, and the silencing of victims under sealed, retaliatory, or gatekeeper orders;

- Whereas, the abuse-to-profit industrial complex—across courts, DHS, hospitals, treatment centers, law enforcement, and child welfare contractors—has created a perverse incentive structure that profits from family separation, trauma, and silenced dissent;

- Whereas, the 'We Shall Be Free' Affidavit Campaign has collected thousands of sworn, notarized statements from families across all 50 states documenting government harm, abuse of power, and violations of human and constitutional rights;

- Whereas, these affidavits serve as compelling and credible evidence of the national scale and emergency necessity of congressional intervention;

- Whereas, Native American families and sovereign tribal governments continue to suffer from jurisdictional undermining, noncompliance with ICWA, the loss of tribal children to unlawful state custody schemes, and barriers to federal relief;

**Resolved,**
1. Resolved, That the House of Representatives / Senate— Declares the existence of a national civil and human rights emergency affecting families across the United States, including tribal nations and communities of color;

2.  Resolved, That the House of Representatives / Senate— Affirms the necessity of adopting the Family Integrity, Civil Rights Restoration, and Judicial Oversight Act of 2025, to restore constitutional protections and end state-sponsored abuse and coercion;

3.  Resolved, That the House of Representatives / Senate— Directs all relevant oversight bodies—including the House and Senate Judiciary Committees, Oversight and Accountability Committees, Armed Services Committees, Native American Affairs Subcommittees, and Veterans' Affairs Committees—to convene hearings within 90 days on the specified civil rights violations;

4.  Resolved, That the House of Representatives / Senate— Invites personal testimony before Congress by parents, survivors, and civil rights advocates involved in the drafting and dissemination of this Resolution and accompanying legislation;

5.  Resolved, That the House of Representatives / Senate— Mandates that the Department of Justice and Government Accountability Office initiate coordinated investigations into the misuse of federal funds, retaliatory judicial behavior, and civil rights violations related to family court and custody systems;

6.  Resolved, That the House of Representatives / Senate— Demands that all government bodies immediately cease any retaliatory actions, gag orders, or denials of access to justice for those speaking out in compliance with federal civil rights protections.

Sponsored by: _____ [To be filled: Name of Congressional Sponsor]

Co-Sponsored by: _____[List of supporting Members of Congress]

Congressional Testimony Registration Form

This form is for individuals seeking to testify before Congress in support of the Family Integrity, Civil Rights Restoration, and Judicial Oversight Act of 2025 and the related Civil Rights Emergency Resolution. Testimony may be submitted in writing, video, or in person. Selected participants will be invited to participate in hearings before relevant Congressional committees.

**1. Contact Information**
Full Legal Name:
Preferred Name or Alias (if applicable):
Phone Number:
Email Address:
Mailing Address:
Tribal Affiliation / Military Status (if any):


**2. Area(s) of Experience or Harm**
☐ Protective Parent / Wrongful Custody Removal
☐ Domestic Violence Survivor
☐ Military Family / Veteran Rights Violations
☐ Tribal Rights / ICWA Violations
☐ Whistleblower / Retaliation
☐ Child Welfare Misconduct
☐ Judicial Misconduct / Court Retaliation
☐ Other (please describe): _____


**3. Statement of Intent**
Please provide a short description (2–3 sentences) of what you would like to share in your testimony:


**4. Format Preference**
☐ In-Person Testimony (Washington, D.C.)
☐ Remote / Virtual Testimony
☐ Written Statement Only
☐ Submit a Pre-recorded Video Statement


**5. Confidentiality & Consent**
☐ I understand my testimony may be recorded and entered into the Congressional record.
☐ I request partial redaction of personal information due to safety concerns.
☐ I consent to be contacted by Congressional staff for follow-up.

**6. Signature**

Signature: _____

Date: _____

118th CONGRESS

2d Session

**H. R. ____ / S. ____**

**Family Integrity, Civil Rights Restoration, and Judicial Oversight Act of 2025**
IN THE HOUSE OF REPRESENTATIVES / SENATE OF THE UNITED STATES

Date: _____

**A BILL**
To establish federal protections and oversight mechanisms for protective parents, whistleblowers, military families, tribal families, and survivors of domestic violence, and to authorize emergency reunification in cases of wrongful custody removals, civil rights violations, and for other purposes.

**Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,**

**SECTION 1. SHORT TITLE.**
This Act may be cited as the "Family Integrity, Civil Rights Restoration, and Judicial Oversight Act of 2025."

**SECTION 2. FINDINGS.**
- Protective parents, whistleblowers, veterans, and domestic violence survivors are facing increasing civil rights violations, retaliatory custody removals, and judicial abuse without remedy.

- State and federal institutions, including courts, DHS, public education, healthcare, and law enforcement, are engaged in a coordinated abuse-to-profit regime, known as the 'abuse industrial complex'.

- Qualified immunity and jurisdictional manipulation are enabling courts and agencies to violate constitutional rights with impunity.

- Millions of American families, including tribal nations, no longer feel safe raising children under current state and federal systems.

- Over 2 million notarized affidavits, held by Tanawah Downing and Jessica Saxton, have been submitted through the 'We Shall Be Free' campaign as evidence of a nationwide constitutional crisis.

**SECTION 3. DOJ FAMILY COURT OVERSIGHT TASK FORCE.**
A Task Force within the DOJ shall investigate misconduct in family courts, CPS agencies, and judicial systems related to wrongful removals, civil rights violations, and misuse of federal programs including Title IV-D and Title IV-E.

**SECTION 4. EMERGENCY REUNIFICATION ORDERS.**

Congress authorizes the DOJ and U.S. Marshals Service to issue and enforce emergency reunification orders in cases where children were unlawfully removed, withheld, or trafficked despite abuse disclosures or protective orders.

**SECTION 5. FEDERAL RIGHTS ENFORCEMENT.**

The Act affirms that families may bring claims under 42 U.S.C. §§ 1983, 1985, and 1986 for state and judicial abuse. Qualified immunity shall not apply to acts of deliberate harm or known constitutional violations.

**SECTION 6. TRIBAL AND VETERAN FAMILY PROTECTIONS.**

The Department of Defense, Veterans Affairs, and Bureau of Indian Affairs shall coordinate to protect tribal families and military parents in custody cases and family separation events involving ICWA and UCCJEA violations.

**SECTION 7. NATIONAL SURVIVOR REGISTRY.**

A DOJ-HHS Survivor Registry shall track and protect families enrolled in Address Confidentiality Programs, and establish penalties for any breach of confidentiality or witness intimidation.

**SECTION 8. PEOPLE'S COUNSEL ASSOCIATION.**

A federally chartered nonprofit shall be formed to provide education, peer legal support, and constitutional advocacy for pro se litigants and victims of civil rights abuse in family court systems.

**SECTION 9. CIVIL RIGHTS EMERGENCY DECLARATION.**

Congress declares a national civil rights emergency regarding family integrity, judicial immunity abuse, and federal-state violations of constitutional protections under the First, Fourth, Ninth, and Fourteenth Amendments.

**SECTION 10. HEARINGS AND PUBLIC TESTIMONY.**

All relevant committees shall hold oversight hearings within 90 days. Affidavits from over 2 million Americans through the 'We Shall Be Free' campaign shall be accepted into the Congressional record. Oral and written testimony from victims and tribal leaders shall be facilitated.

**SECTION 11. FUNDING AND IMPLEMENTATION.**

$250 million is authorized for implementation and oversight. Agencies shall begin executing provisions within 120 days of enactment.

**SECTION 12. SEVERABILITY.**

If any section of this Act is found unconstitutional, the remainder shall remain in force.

**SECTION 13. EFFECTIVE DATE.**

This Act shall take effect immediately upon enactment.

# FAMILY INTEGRITY, CIVIL RIGHTS RESTORATION, AND JUDICIAL OVERSIGHT ACT OF 2025

Purpose:

This legislation addresses a national crisis of government overreach, judicial abuse, and systemic harm to protective parents, veterans, tribal families, and whistleblowers. It establishes federal oversight, emergency reunification authority, and reforms to qualified immunity, while recognizing a civil rights emergency affecting millions of American families.

Key Provisions:

- DOJ Family Court Oversight Task Force to investigate civil rights violations, Title IV-E fraud, and misconduct in state family court systems.
- Emergency Reunification Authority authorizing DOJ and U.S. Marshals to intervene in unlawful custody removals.
- Qualified Immunity Reform: Government agents cannot claim immunity for acts of retaliation, abuse cover-up, or due process violations.
- Protections for Veterans, Military, and Tribal Families, including ICWA and UCCJEA enforcement.
- National Survivor Registry for families enrolled in Address Confidentiality Programs.
- People's Counsel Association to support constitutional training and legal access for pro se litigants.
- We Shall Be Free Affidavit Campaign: Over 2 million notarized testimonies evidencing systemic harm.

Oversight and Hearings:

Mandates oversight hearings within 90 days across Judiciary, Armed Services, Oversight, and Native Affairs Committees.

Funding:

$250 million allocated for implementation, public testimony facilitation, and registry infrastructure.

Urgency:

Families nationwide are experiencing state retaliation, gag orders, judicial misconduct, and unconstitutional removals. This bill is backed by a national grassroots campaign, survivor coalitions, and tribal advocates. Congress must act to restore the family as a protected institution under the Constitution.

**COVER LETTER TO CONGRESSIONAL SPONSOR:**

_____[Your Name / Organization]
_____[ address]
_____[email]

_____[Date]

Dear _____ [Congressional Sponsor Name],

We write to respectfully request your sponsorship of the enclosed federal legislation:
the Family Integrity, Civil Rights Restoration, and Judicial Oversight Act of 2025.
This bill seeks to address a civil rights emergency affecting protective parents,
domestic violence survivors, military families, and tribal nations subjected to
retaliatory court actions, forced custody transfers, and judicial abuse.

The bill establishes federal authority to intervene in unlawful custody removals,
reforms qualified immunity, and mandates congressional oversight. It is supported
by over 2 million affidavits collected through the "We Shall Be Free" campaign, now
held in trust by Tanawah Downing and Jessica Saxton. These statements provide
credible, sworn testimony of harm suffered under unconstitutional and
unaccountable systems.

Your leadership is essential to restore faith in our government institutions and
uphold the Constitution. We stand ready to support you with legal documentation,
survivor testimony, and nationwide advocacy.

With gratitude and urgency,
_____[Your Name]
_____[Title/Coalition]
_____[Phone / ACP Email Address]

**STATE LEGISLATIVE ENDORSEMENT RESOLUTION (MODEL)**

_____[STATE NAME] GENERAL ASSEMBLY

JOINT RESOLUTION NO. ___

RESOLUTION
Supporting the Family Integrity, Civil Rights Restoration, and Judicial Oversight
Act of 2025 currently before the United States Congress and urging full
congressional action.

Whereas, protective parents, survivors of violence, military families, and tribal
citizens across the United States have experienced unlawful state actions, wrongful
custody removals, and civil rights violations; and

Whereas, the Family Integrity, Civil Rights Restoration, and Judicial Oversight Act
of 2025 would provide federal oversight, reunification remedies, and structural
reform to end systemic harm in family and dependency courts;

Resolved by the General Assembly of _____ [STATE], That the State
of _____[STATE] endorses the passage of said Act and urges its
congressional delegation to support the bill in both chambers; and

Be it further resolved, That a copy of this resolution be transmitted to the President
of the United States, the Speaker of the House, the President of the Senate, and all
members of the_____ [STATE] congressional delegation.

**ENDORSEMENT REQUEST LETTER TO TRIBAL, VETERANS, AND ADVOCACY ORGANIZATIONS**

Dear _____ [Organization Name],

We respectfully request your formal endorsement of the Family Integrity, Civil
Rights Restoration, and Judicial Oversight Act of 2025, now being submitted to
Congress with broad national support.

This bill addresses documented civil rights violations in state family court systems,
impacts to tribal sovereignty and ICWA compliance, and failures to protect
whistleblowers, veterans, and survivors of abuse. Your endorsement can help protect
thousands of families from further harm.

Attached are the full bill, resolution, and affidavit materials. Endorsements may be
submitted via written letter or email to valkyriebelle711@gmail.com.

With appreciation and resolve,
_____[Your Name]
_____[Title]
_____[Organization / Campaign Name]

## STRATEGIC ACTION CAMPAIGN COMPONENTS

- White House Petition: Launching a "We the People" petition to demand federal recognition of the national civil rights crisis in family law.
- Partner Organizational Sponsorships: Formal outreach to NIWRC, SPLC, RAINN, VFW, and other allied civil rights, veterans, and survivor organizations.
- Congressional Caucus Outreach:
  - Bipartisan Congressional Native American Caucus
  - Military Families Caucus
  - Survivors of Violence Task Force
- Sample Survivor Testimony Library: Collection of anonymized or sworn statements to support early congressional hearings.
- Law Review and Academic Outreach: Policy memo and law review submissions to academic institutions to support peer-reviewed advocacy, federal litigation, and public education.

EXECUTIVE ORDER REQUEST

**Executive Order on the Emergency Protection of Family Integrity, Tribal Sovereignty, and Civil Rights**

By the authority vested in me as President of the United States by the Constitution and the laws of the United States of America,

**Section 1. Findings.**

I hereby declare that the United States is experiencing a national emergency involving the systemic violation of the constitutional rights of protective parents, military families, tribal citizens, and survivors of domestic violence. These violations include unlawful custody removals, civil rights suppression, abuse of qualified immunity, and failure to enforce federal protections under the Indian Child Welfare Act (ICWA), the Violence Against Women Act (VAWA), the Americans with Disabilities Act (ADA), and the Uniform Child Custody Jurisdiction and Enforcement Act (UCCJEA).

**Section 2. Emergency Federal Protection.**

(a) The Department of Justice (DOJ) shall create a National Family and Survivor Integrity Task Force to oversee emergency interventions, including emergency reunification orders in cases of unlawful removal.

(b) The U.S. Marshals Service shall be authorized to execute federal protective actions where state courts or agencies have failed to protect.

**Section 3. Federal Mandates.**

(a) The Department of the Interior, through the Bureau of Indian Affairs (BIA), shall enforce tribal jurisdiction and ICWA compliance in child welfare cases involving Native families.

(b) The Department of Health and Human Services shall coordinate the creation of a National Survivor Registry.

(c) The DOJ Civil Rights Division shall receive and investigate over 2 million affidavits submitted through the "We Shall Be Free" campaign.

**Section 4. Protection of Whistleblowers and Constitutional Reporting.**

No parent, survivor, or whistleblower shall be prosecuted, silenced, or retaliated against for reporting abuse, corruption, or violations of constitutional and human rights.

**Section 5. Oversight and Transparency.**

All relevant federal agencies shall submit public reports within 120 days, and convene public hearings with impacted families, tribal leaders, and veterans. The White House shall issue interim findings and recommendations for future legislation consistent with this Order.

**Section 6. Effective Date.**

This Order shall take effect immediately.

Respectfully submitted for Presidential signature by_____

[Your Full Legal Name / Title], in coalition with tribal governments, veterans, survivor coalitions, and human rights advocates.

8/21/25, 10:32 PM
Case 1:25-cv-01737-UNA    Document 35    Filed 08/22/25    Page 35 of 42
executive order and congressional bill proposal



**Amber C.** <rebelle1776@gmail.com>

---

# executive order and congressional bill proposal
4 messages

---

**Christine E.** <rebelle1776@gmail.com>                                  Sun, Jun 15, 2025 at 6:03 PM
To: "Christine E." <rebelle1776@gmail.com>
Bcc: Amanda Story <arstory1010@gmail.com>, driskell.stephanie2@gmail.com, kelly patton <Kellypatton69@gmail.com>,
Riremain TTV <carlisle4111@gmail.com>


I know that we can amend them later but I have a few people who are interested and organizations.



Connect with me



**Amber C.**
CEO/Founder
Valkyrie Rebelle

2027384970

My Digital Business Card

---

**2 attachments**


**Executive_Order_Family_Tribal_Civil_Rights.pdf**
64K


**congressional bill for families.pdf**
314K

---

**kelly patton** <kellypatton69@gmail.com>                              Mon, Jun 16, 2025 at 10:41 AM
To: "Christine E." <rebelle1776@gmail.com>

Thanks for keeping me in the loop. The state of kansas put charges on me and I am so consumed with my own stuff
now....you know this was on purpose! No weapon formed against me shall prosper. KP
[Quoted text hidden]

---

**Amber C.** <rebelle1776@gmail.com>                                    Fri, Jul 18, 2025 at 6:15 PM
To: katiemerrittconsulting@gmail.com

Connect with me



**Amber C.**
CEO/Founder
Valkyrie Rebelle

2027384970



My Digital Business Card

[Quoted text hidden]

---

**Amber C.** <rebelle1776@gmail.com>                    Thu, Aug 21, 2025 at 10:29 PM
To: Riremain TTV <carlisle4111@gmail.com>

proof 2
[Quoted text hidden]
--
[Quoted text hidden]

 Gmail

**Amber C. <rebelle1776@gmail.com>**

## Letter for Trump proposal
9 messages

**Christine E. <rebelle1776@gmail.com>**                Tue, Jun 3, 2025 at 8:50 PM
To: "koneill424@yahoo.com" <koneill424@yahoo.com>

Post for social media:

Protective parents and children are under attack across America. Despite protective orders, documented abuse, and active criminal charges, children are being taken from safe, loving parents and handed to their abusers.

This is happening through:
❌ Forum shopping
❌ Suppression of abuse evidence
❌ Courts refusing to enforce federally registered protection & custody orders
❌ Misuse of Title IV funding & judicial immunity

🔴 We are asking President Donald J. Trump to issue the following Executive Order:

PROTECTIVE PARENT REUNIFICATION AND FAMILY COURT OVERSIGHT ACT

1️⃣ Create a DOJ Task Force to investigate wrongful custody removals, judicial retaliation, and state court failures.
2️⃣ Authorize Emergency Reunification of children separated from protective parents despite proof of abuse.
3️⃣ Enforce Federal Oversight of DSS and courts under VAWA, ADA, UCCJEA & civil rights laws.
4️⃣ Protect Military Families — require legal safeguards for veterans, spouses, and dependents in custody disputes.
5️⃣ Establish a National Registry for domestic violence survivors and address confidentiality programs to prevent data leaks.
6️⃣ Protect Whistleblowers — ensure immunity for parents and professionals exposing abuse, trafficking, and misconduct.
7️⃣ Launch a Judicial Transparency Registry tracking campaign donations, recusals, and misconduct in custody and abuse cases.

Families are fleeing across state lines. Children are being hidden. Protective parents are being silenced.
This is a human rights emergency, not a custody dispute.

📢 We demand justice. We demand reunification. We demand federal action.

Please feel free to use this and send this office...

This is the letter that is being sent to Trump and seeking others to do the same to reunite these families.

<<Your Full Name>>
<<Your Mailing Address>>
<<City, State ZIP>>
<<Email Address>>
<<Phone Number>>

<<Date>>

The President of the United States
The White House
1600 Pennsylvania Avenue NW
Washington, D.C. 20500

---

RE: Request for Executive Order – Reunification of Abused Children, Family Court Oversight, and Survivor Protections

Dear Mr. President,

I am a protective parent and survivor of domestic violence writing to urgently request your leadership in addressing the widespread crisis of unlawful custody removals, judicial misconduct, and retaliatory actions in family court systems across the United States.

Thousands of parents are being stripped of custody rights and access to their children, even in cases where there are documented abuse findings, active protective orders, or pending criminal charges against the opposing party. This injustice is frequently enabled through forum shopping, destruction of evidence, and failure of courts to enforce federally registered custody and protection orders.

In addition to these violations, many survivors face unlawful incarceration, civil contempt, and arrest warrants simply for speaking out or asserting their legal and constitutional rights in court. Parents who seek federal remedy or protection are often retaliated against with silence, suppression, and removal from their children's lives.

Many of us have also participated in state address confidentiality programs, which have failed to protect our identities due to interagency breakdowns, lack of training, and illegal disclosure of private information, further endangering our safety.

We respectfully urge you to issue an Executive Order titled:

Protective Parent Reunification, Family Court Oversight, and Anti-Retaliation Safeguards Act

Key Requests:

1. Establish a DOJ Task Force on Family Court Abuse and Protective Parent Reunification.

2. Authorize Emergency Reunification of children wrongfully removed despite court-proven abuse.

3. Enforce Federal Oversight of state DSS and courts under VAWA, ADA, and the UCCJEA.

4. Implement Military Family Protections for veterans, spouses, and dependents involved in custody cases.

5. Create a National Domestic Violence and Address Confidentiality Registry to prevent identity breaches.

6. Prohibit Retaliatory Incarceration or civil contempt for protected parents or whistleblowers.

7. Provide Witness and Whistleblower Protections for those reporting abuse, court corruption, or trafficking.

8. Launch a Judicial Transparency Registry tracking recusals, sanctions, campaign donations, and affiliations.

Mr. President, this is a civil rights emergency. We ask for your intervention to restore safety, justice, and reunification for families across this country.

Sincerely,
<<Your Name>>
<<Email Address>>
<<Phone Number>>
<<Relevant Court Case Numbers (if any)>>

#TrumpExecutiveOrder #ReuniteTheChildren #ProtectiveParents #FamilyCourtCorruption #DVSurvivors #ChildSafetyNow #JusticeForFamilies #FederalOversightNow #AddressConfidentiality #MilitaryFamilyJustice #StopTitleIVFraud

Amber.

860-501-8708

---

**Christine E.** <rebelle1776@gmail.com>                                                    Thu, Jun 5, 2025 at 7:50 PM
To: Amanda Story <arstory1010@gmail.com>



## Amber D.

CEO/Founder
Rebelle Consulting
LLC/Valkyrie Belle Inc/
Families United INC.

202-738-4970
My Digital Business Card



Connect with me

[Quoted text hidden]

---

**Christine E.** <rebelle1776@gmail.com>                                        Wed, Jun 11, 2025 at 6:24 PM
To: kelly patton <Kellypatton69@gmail.com>
Bcc: Amanda Story <arstory1010@gmail.com>, jonathan@i4fj.com, Riremain TTV <carlisle4111@gmail.com>,
"driskell.stephanie2@gmail.com" <driskell.stephanie2@gmail.com>

Here is the letter i sent that was received today and the proposed executive order to share for others.
My number is at the bottom of the email let me know if you got this and your thoughts.
I am currently on the phone with Amanda who suggested i reach out to you. I have spoken to Amanda about you and her
and the other organizations that have taken an interest in this proposal and will be here to help in any way possible.

Thank You,
Amber


Subject: Letter for Trump proposal
Post for social media:

Protective parents and children are under attack across America. Despite protective orders, documented abuse, and
active criminal charges, children are being taken from safe, loving parents and handed to their abusers.

This is happening through:
❌ Forum shopping
❌ Suppression of abuse evidence
❌ Courts refusing to enforce federally registered protection & custody orders
❌ Misuse of Title IV funding & judicial immunity

🔴 We are asking President Donald J. Trump to issue the following Executive Order:

PROTECTIVE PARENT REUNIFICATION AND FAMILY COURT OVERSIGHT ACT

1. Create a DOJ Task Force to investigate wrongful custody removals, judicial retaliation, and state court failures.
2. Authorize Emergency Reunification of children separated from protective parents despite proof of abuse.
3. Enforce Federal Oversight of DSS and courts under VAWA, ADA, UCCJEA & civil rights laws.
4. Protect Military Families — require legal safeguards for veterans, spouses, and dependents in custody disputes.
5. Establish a National Registry for domestic violence survivors and address confidentiality programs to prevent data
leaks.
6. Protect Whistleblowers — ensure immunity for parents and professionals exposing abuse, trafficking, and misconduct.
7. Launch a Judicial Transparency Registry tracking campaign donations, recusals, and misconduct in custody and abuse
cases.
8. Prohibit retaliatory incarceration or civil contempt for protected parents or whistleblowers

9. Amend the constitution such that the interstate commerce clause and health welfare and moral clause are restricted by the 9th amendments preservation of unemumerated rights.

10. The People Counsel Association- Organization that accreditation and testing for the people by the people based on the constitution.

[Quoted text hidden]

1. Create a DOJ Task Force to investigate wrongful custody removals, judicial retaliation, and state court failures.

2. Authorize Emergency Reunification of children separated from protective parents despite proof of abuse.

3. Enforce Federal Oversight of DSS and courts under VAWA, ADA, UCCJEA & civil rights laws.

4. Protect Military Families — require legal safeguards for veterans, spouses, and dependents in custody disputes.

5. Establish a National Registry for domestic violence survivors and address confidentiality programs to prevent data leaks.

6. Protect Whistleblowers — ensure immunity for parents and professionals exposing abuse, trafficking, and misconduct.

7. Launch a Judicial Transparency Registry tracking campaign donations, recusals, and misconduct in custody and abuse cases.

8. Prohibit retaliatory incarceration or civil contempt for protected parents or whistleblowers

9. Amend the constitution such that the interstate commerce clause and health welfare and moral clause are restricted by the 9th amendments preservation of unemumerated rights.

10. The People Counsel Association- Organization that accreditation and testing for the people by the people based on the constitution.

Mr. President, this is a civil rights emergency. We ask for your intervention to restore safety, justice, and reunification for families across this country.

Sincerely,
<<Your Name>>
<<Email Address>>
<<Phone Number>>
<<Relevant Court Case Numbers (if any)>>

#TrumpExecutiveOrder #ReuniteTheChildren #ProtectiveParents #FamilyCourtCorruption #DVSurvivors #ChildSafetyNow #JusticeForFamilies #FederalOversightNow #AddressConfidentiality #MilitaryFamilyJustice #StopTitleIVFraud

202-738-4970
My Digital Business Card

*The sender has requested a read receipt. If you do not wish to provide one, click here.*

**kelly patton** <kellypatton69@gmail.com>                                        Wed, Jun 11, 2025 at 6:28 PM
To: "Christine E." <rebelle1776@gmail.com>

I love this! Good job! I love the way you reiterated this is not a custody dispute. Love Love Love it! KP

[Quoted text hidden]

---

**Stephanie Driskell** <driskell.stephanie2@gmail.com>         Thu, Jun 12, 2025 at 7:25 AM
To: "Christine E." <rebelle1776@gmail.com>

The only thing that I would add or that I really see a need for is to address this as part of a broader civil rights issue, government overreach, qualified immunity. Please don't expect us to encourage our friends and family to have any more children under the current conditions of our hospitals, schools, courts, prisons, rehab, DHS, abuse industrial complex regime.

Sent from my iPhone

[Quoted text hidden]

---

**Christine E.** <rebelle1776@gmail.com>         Sun, Jun 15, 2025 at 3:06 PM
To: Elder2027@outlook.com



**Amber D.**

CEO/Founder
Rebelle Consulting
LLC/Valkyrie Belle Inc/
Families United INC.

202-738-4970
My Digital Business Card



Connect with me

---------- Forwarded message ---------
From: **Christine E.** <rebelle1776@gmail.com>

[Quoted text hidden]

[Quoted text hidden]

---

**Amber C.** <rebelle1776@gmail.com>         Fri, Jul 18, 2025 at 6:15 PM
To: katiemerrittconsulting@gmail.com

Connect with me





**Amber C.**
CEO/Founder
Valkyrie Rebelle

2027384970

My Digital Business Card

[Quoted text hidden]

---

**Amber C.** <rebelle1776@gmail.com>                    Thu, Aug 21, 2025 at 10:28 PM
Draft To: Riremain TTV <carlisle4111@gmail.com>

[Quoted text hidden]

---

**Amber C.** <rebelle1776@gmail.com>                    Thu, Aug 21, 2025 at 10:28 PM
To: Riremain TTV <carlisle4111@gmail.com>

proof 1
[Quoted text hidden]
--
[Quoted text hidden]