# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-7198**                                    **September Term, 2025**

**1:25-cv-01737-UNA**

**Filed On:** February 26, 2026

In re: Christine Etheredge, Pseudonym,

      Petitioner

**BEFORE:**  Henderson, Pillard, and Pan, Circuit Judges

## O R D E R

Upon consideration of the motion for leave to proceed in forma pauperis, and the petition for writ of mandamus, it is

**ORDERED** that the motion for leave to proceed in forma pauperis be granted. It is

**FURTHER ORDERED** that the petition for writ of mandamus be dismissed in part as moot, and denied in part. Insofar as petitioner seeks an order extending her time for appealing the district court's November 6, 2025 order denying various motions, she has filed a timely appeal of that order, and this request is therefore moot. In all other respects, petitioner has not shown a clear and indisputable right to the relief she requests in her mandamus petition. See Cheney v. U.S. Dist. Ct. for D.C, 542 U.S. 367, 381 (2004).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.

**Per Curiam**

                **FOR THE COURT:**
                Clifton B. Cislak, Clerk

      BY:    /s/
                Selena R. Gancasz
                Deputy Clerk